UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SELETHEA DORSEY

v.                                          C.A. No. 09-341 S

ST. JOSEPH'S HOSPITAL;

SELETHEA DORSEY

v.                                          C.A. No. 09-342 S

UPSON REGIONAL MEDICAL
CENTER;

SELETHEA DORSEY

v.                                          C.A. No. 09-343 S

GREYHOUND BUSES;

SELETHEA DORSEY

v.                                          C.A. No. 09-344 S

PIKE HEALTH DEPARTMENT;

SELETHEA DORSEY

v.                                          C.A. No. 09-345 S

THOMASTON HEALTH
DEPARTMENT;

SELETHEA DORSEY

v.                                          C.A. No. 09-351 S

DADE COUNTY HEALTH
DEPARTMENT;

SELETHEA DORSEY

v.                                          C.A. No. 09-352 S

MIAMI DADE COUNTY
PUBLIC SCHOOLS;

SELETHEA DORSEY

v.                                          C.A. No. 09-353 S

ST. JOSEPH'S HOSPITAL;

SELETHEA DORSEY

v.                                          C.A. No. 09-355S

CROSSROADS RHODE ISLAND.

### ORDER

The Reports and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on August 25, 2009, respectively in the above-captioned matters are hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Reports & Recommendations, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is GRANTED, however, the matters are DISMISSED pursuant to 28 U.S.C. §§1915(e)(2)(B)(i),(ii), and (iii).

By Order,

_/s/_
Deputy Clerk

ENTER:

_/s/_
William E. Smith
United States District Judge

Date: 10/22/09